IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED IN
OPEN COURT

AUG 2 5 2005

BY: _____

MICHAEL L. CALLOWAY, SR. and )
LILLIE E. CALLOWAY, )
)
      Plaintiffs, )
)
vs. ) Case No. CIV-04-0017-F
)
BOARD OF COUNTY COMMISSIONERS )
OF OKLAHOMA COUNTY, et al., )
)
      Defendants )

## VERDICT FORM FOR ALL CLAIMS

## 42 U.S.C. § 1981

On the plaintiffs' claim brought under 42 U.S.C. § 1981, we the jury find in favor of:

_____  plaintiffs Michael and Lillie Calloway, and we award actual damages in the amount of $_____ on this claim.  **(If you find that plaintiffs' injuries have no monetary value you may award nominal damages of $1.00.  If you have awarded actual or nominal damages on this claim then you can consider whether or not to award punitive damages. You may award zero punitive damages.)**  We award punitive damages against Mr. Wright on this claim in the amount of $_____.

[OR]

__X___  defendant Gerald Wright.

**(Verdict Form, page 1 of 5 pages)**

## 42 U.S.C. § 1982

On the plaintiffs' claim brought under 42 U.S.C. § 1982, we the jury find in favor of:

_____  plaintiffs Michael and Lillie Calloway, and we award actual damages in the amount of $_____ on this claim. **(If you find that plaintiffs' injuries have no monetary value you may award nominal damages of $1.00. If you have awarded actual or nominal damages on this claim then you can consider whether or not to award punitive damages. You may award zero punitive damages.)** We award punitive damages on this claim against Mr. Wright in the amount of $_____.

[OR]

__X__  defendant Gerald Wright.

---

## 42 U.S.C. § 1983

On the plaintiffs' claim brought under 42 U.S.C. § 1983, we the jury find in favor of:

_____  plaintiffs Michael and Lillie Calloway, and we award actual damages in the amount of $_____ on this claim. **(If you find that plaintiffs' injuries have no monetary value you may award nominal damages of $1.00. If you have awarded actual or nominal damages on this claim then you can consider whether or not to award punitive damages. You may award zero punitive damages.)** We award punitive damages against Mr. Wright on this claim in the amount of $_____.

[OR]

__X__  defendant Gerald Wright.

**(Verdict Form, page 2 of 5 pages)**

## Fair Housing Act

**(Select one of the following four alternatives.)**

On the plaintiffs' claim brought under the Fair Housing Act, we the jury find:

_____   in favor of plaintiffs Michael and Lillie Calloway, and against both Gerald Wright and the Board of County Commissioners of Oklahoma County. We award actual damages in the amount of $_____ on this claim. **(If you find that plaintiffs' injuries have no monetary value you may award nominal damages of $1.00. If you have awarded actual or nominal damages on this claim then you can consider whether or not to award punitive damages. You may award zero punitive damages.)** We award punitive damages against Mr. Wright only on this claim in the amount of $_____.

**[OR]**

_____   In favor of plaintiffs Michael and Lillie Calloway, and against Gerald Wright only.  We award actual damages in the amount of $_____ on this claim.  **(If you find that plaintiffs' injuries have no monetary value you may award nominal damages of $1.00. If you have awarded actual or nominal damages on this claim then you can consider whether or not to award punitive damages. You may award zero punitive damages.)** We award punitive damages against Mr. Wright on this claim in the amount of $_____.

**[OR]**

_____   In favor of plaintiffs Michael and Lillie Calloway, and against the Board of County Commissioners of Oklahoma County only.  We award actual damages in the amount of $_____ on this claim.  **(If you find that plaintiffs' injuries have no monetary value you may award nominal damages of $1.00.)**

**[OR]**

__X__   In favor of defendants Gerald Wright and the Board of County Commissioners of Oklahoma County and against plaintiffs Michael and Lillie Calloway.

**(Verdict Form, page 3 of 5 pages)**

## Total Compensatory Damages

(If you have (i) found in favor of the plaintiffs <u>and</u> (ii) have assessed compensatory damages in more than a nominal amount on more than one of the plaintiffs' claims, then complete the following question on the verdict form. Otherwise, skip this question.)

Having found in favor of the plaintiffs on more than one of their claims, and bearing in mind the court's instruction that the plaintiffs are not entitled to more than one recovery for the same injury, we the jury find that the total award of compensatory damages awarded to the plaintiffs in this action equals, and in no event should exceed, the amount of:

$_____.

## Total Punitive Damages

(If you have awarded punitive damages on more than one of the plaintiffs' claims, then complete the following question on the verdict form. Otherwise, skip this question.)

Having awarded punitive damages against Mr. Wright and in favor of the plaintiffs on more than one of the plaintiffs' claims, we the jury find that the total award of punitive damages awarded to the plaintiffs in this action equals, and in no event should exceed, the amount of:

$_____.

**(Verdict Form, page 4 of 5 pages)**

## Signature and Date for all Verdict Findings

When you have completed the applicable portions of the verdict form, have your foreperson sign and date this form.

_8-25-05_
Date

_[signature]_
Foreperson

(Verdict Form, page 5 of 5 pages)