♦AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

WESTERN District of OKLAHOMA

MICHAEL L. CALLOWAY, SR., and LILLIE E. CALLOWAY,           Plaintiffs,

V.

BOARD OF COUNTY COMMISSIONERS OF OKLAHOMA COUNTY, et al.,           Defendants.

BILL OF COSTS

Case Number: CIV-04-0017-F

Judgment having been entered in the above entitled action on 1/4/06 against Michael L & Lillie E Calloway, the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $537.84 |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | $844.45 |
| TOTAL | $1,382.29 |

10:00 A.M. ON 3-7-06

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was electronically transmitted or mailed today with postage prepaid to:   Aletia Timmons and Mark Hammons

Signature of Attorney: _Richard N. Mann_

Name of Attorney:   Richard N. Mann,   OBA #11040

For:   Defendants, Board of County Commissioners of Oklahoma County, et al.,   Date: 1/23/06

Costs are taxed in the amount of $1,382.29   Name of Claiming Party   and included in the judgment.

ROBERT D. DENNIS _Robert Dennis_   By: _____   3/7/06
Clerk of Court                Deputy Clerk         Date

142